02-10-276-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00276-CV 

 

 


 
 
 Matthew K. McConahay and Christine
 E. McConahay
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Todd Phillips, Individually,
 Northstar Crossing, Ltd., Artisan Investment Group, LLC, and Landvision
 Companies, LLC
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE
415th District Court OF Parker
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants' Matthew K. McConahay And Christine E. McConahay's
Motion To Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellants, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.  

 

DELIVERED:  November 24, 2010











[1]See Tex. R. App. P. 47.4.